IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RIGOBERTO RODRIGUEZ,

    Petitioner,

v.                                         No. CV 21-1102 MV/CG

ATTORNEY GENERAL FOR
THE STATE OF NEW MEXICO, et al.,

    Respondents.

## ORDER TO CURE DEFICIENCY

**THIS MATTER** is before the Court on Petitioner Rigoberto Rodriguez's *Motion to Proceed In Forma Pauperis* (the "Motion"), (Doc. 2), filed November 16, 2021. The Motion is deficient because it does not include financial information or a six-month inmate account statement, as required by 28 U.S.C. § 1915(a). By March 11, 2022, Mr. Rodriguez shall submit an inmate account statement reflecting transactions between May 16, 2021 and November 16, 2021. All filings must include the case number (21-cv-1102 MV-CG). The failure to timely comply with this Order may result in dismissal of this action without further notice.

    **IT IS THEREFORE ORDERED** that by **March 11, 2022**, Mr. Rodriguez shall file a certified inmate account as set forth above.

    **IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE