IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RIGOBERTO RODRIGUEZ,

    Petitioner,

v.        No. CV 21-1102 MV/CG

ATTORNEY GENERAL OF THE
STATE OF NEW MEXICO,

    Respondent.

## ORDER GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS*

**THIS MATTER** is before the Court on Petitioner Rigoberto Rodriguez's *Motion for Leave to Proceed Pursuant to 28 U.S.C. § 1915* (the "Motion"), (Doc. 2), filed November 16, 2021. In the Motion, Mr. Rodriguez seeks to prosecute his 28 U.S.C. § 2254 habeas proceeding without prepaying the $5.00 filing fee. *See* 28 U.S.C. § 1915(a)-(b). Mr. Rodriguez's affidavit reflects that he is unable to make the payment. The Court will therefore grant the Motion.

**IT IS THEREFORE ORDERED** that Mr. Rodriguez's *Motion for Leave to Proceed Pursuant to 28 U.S.C. § 1915*, (Doc. 2) is **GRANTED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE