# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

RIGOBERTO RODRIGUEZ,

    Petitioner,

v.     No. CV 21-1102 MV/CG

ATTORNEY GENERAL OF THE
STATE OF NEW MEXICO,

    Respondent.

## ORDER DENYING MOTION FOR EXTENSION

**THIS MATTER** is before the Court on Respondent's *Motion for an Extension of Time to Answer Rigoberto Rodriguez's Petition for Writ of Habeas Corpus* (the "Motion"), (Doc. 12), filed June 8, 2022. In the Motion, Respondent requests a one-week extension of time to file his answer to Plaintiff Rigoberto Rodriguez's *Petition for Writ of Habeas Corpus,* (Doc. 1), which the Court ordered Respondent to file by June 10, 2022. *See* (Doc. 6). However, Respondent has since timely filed his answer. (Doc. 13). The Court therefore finds that the Motion is now moot.

**IT IS THEREFORE ORDERED** that Mr. Rodriguez's *Motion for an Extension of Time to Answer Rigoberto Rodriguez's Petition for Writ of Habeas Corpus*, (Doc. 12), shall be **DENIED AS MOOT**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE