IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RIGOBERTO RODRIGUEZ,

    Petitioner,

v.                                                                   No. CV 21-1102 MV/CG

ATTORNEY GENERAL OF THE
STATE OF NEW MEXICO,

    Respondent.

## ORDER GRANTING MOTION FOR EXTENSION

**THIS MATTER** is before the Court on Petitioner Rigoberto Rodriguez's *Pro Se Motion for Extension of Time to File Reply to Respondent's Answering Brief [Doc. 13]* (the "Motion"), (Doc. 17), filed June 27, 2022; and Respondent's *Response to Rigoberto Rodriguez's Pro Se Motion for Extension of Time to File Reply to Respondent's Answering Brief [Doc. 13], [Doc. 17]* (the "Response"), (Doc. 18), filed June 27, 2022. In the Motion, Mr. Rigoberto requests an additional sixty days to file his reply to Respondent's *Answer to Rigoberto Rodriguez's Pro Se Petition for Writ of Habeas Corpus (28 U.S.C.* § 2254), (Doc. 13), filed June 10, 2022. (Doc. 17 at 1). In the Response, Respondent indicates that she does not object to the requested extension. (Doc. 18 at 1). The Court, having reviewed the Motion, and noting it is unopposed, finds that the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Mr. Rodriguez's *Pro Se Motion for Extension of Time to File Reply to Respondent's Answering Brief [Doc. 13]*, (Doc. 17), shall be **GRANTED**.

**IT IS FURTHER ORDERED** that Mr. Rodriguez shall file his reply by **August 29, 2022**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE